UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Tyson Marshek,

        Plaintiff,

CASE NUMBER: 22-11160
HONORABLE VICTORIA A. ROBERTS
MAGISTRATE JUDGE GRAND

v.

Credit Acceptance

        Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING PLAINTIFF'S COMPLAINT WITHOUT PREJUDICE

On September 20, 2022, Magistrate Judge Grand issued a Report and Recommendation [ECF No. 9], recommending that Plaintiff's Complaint be dismissed without prejudice for failure to prosecute. Plaintiff did not file an objection within the fourteen day period pursuant to Fed.R.Civ.P 72(b) and 28 U.S.C. § 636(b)(1).

The Court adopts the Report and Recommendation and dismisses Plaintiff's Complaint Without Prejudice.

      **ORDERED**.

                                    s/ Victoria A. Roberts
                                    Victoria A. Roberts
                                    United States District Judge

Dated: October 17, 2022